### (May 23, 1955.)

HAZEL F. BITTSON, Respondent-Appellant, v. ANTHONY J. BITTSON, Appellant-Respondent.— Motion referred to the court that rendered the decision of April 11, 1955. Present — Wenzel, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, without costs, and without prejudice to renewal upon compliance by the defendant with the provisions of the order in *Bittson* v. *Bittson,* dated April 11, 1955, and entered May 16, 1955. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. [See *ante,* p. 1061.]

ROBERT L. BRADFORD, Appellant, v. NICHOLAS M. PETTE, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See *ante,* p. 960.]

ANTON J. THONGES, JR., et al., Appellants, v. TOWN OF EASTCHESTER, Respondent.— Pursuant to stipulation, plaintiffs' appeal withdrawn, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Ughetta, JJ.

BEACH BUNGALOWS, INC., Appellant, v. BUSHWICK SAVINGS BANK et al., Defendants, and JAMES MUGNO et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See *ante,* p. 1069.]

CONSUMERS INDUSTRIES, INC., Respondent, v. ABC INSULATION CO., INC., Appellant.— Motion referred to the court that rendered the decision of March 28, 1955. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. Motion to vacate the stay contained in the order of this court entered March 28, 1955, granted and stay vacated. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See *ante,* p. 975.]